FILED

OCT 23 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INFORMATION |
| Plaintiff, | ) | |
| v. | ) | 5:19 CR 629 |
| | ) | CASE NO. _____ |
| STEVAN RUIZ, | ) | Title 18, United States Code, Section 1952(a)(3) |
| Defendant. | ) | JUDGE LIOI |

COUNT 1
(Interstate Travel in Aid of Racketeering, 18 U.S.C. § 1952(a)(3))

The United States Attorney charges:

1. On or about June 11, 2019, in the District of Arizona, Tucson Division, the Northern District of Ohio, Eastern Division, the Western District of Oklahoma and elsewhere, Defendant STEVAN RUIZ traveled in interstate commerce from the State of Arizona to the State of Oklahoma, destined for the Northern District of Ohio, Eastern Division, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, Conspiracy to Possess with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and 846, and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such

unlawful activity, in violation of Title 18, United States Code, Section 1952(a)(3).

                                          JUSTIN E. HERDMAN
                                          United States Attorney

By: *[signature]*
                                          Michelle M. Baeppler,
                                          Attorney in Charge, Criminal Division
                                          Akron Branch Office