# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:19-cr-629 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| STEVAN RUIZ, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge George J. Limbert's Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Stevan Ruiz and enter a finding of guilty against defendant. (Doc. No. 19.)

On October 23, 2019, the government filed an Information against defendant. (Doc. No. 12.) On November 4, 2019, this Court issued an order assigning this case to Magistrate Judge Limbert for the purpose of receiving defendant's guilty plea. (Doc. No. 13.)

On November 25, 2019, a hearing was held in which defendant entered a plea of guilty to Count 1 of the Information, charging him with Interstate Travel in Aid of Racketeering, in violation of 18 U.S.C. Section 1952(a)(3). Magistrate Judge Limbert received defendant's guilty plea and issued a Report and Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 19.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Count 1 in violation of 18 U.S.C. Section 1952(a)(3). The sentencing will be held on March 5, 2020 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: December 20, 2019

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**